

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00843-CV

### IN RE ALAMO TITLE INSURANCE, ALAMO TITLE COMPANY, AND FIDELITY NATIONAL TITLE GROUP, INC.

Original Proceeding[1]

PER CURIAM

Sitting:       Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: March 15, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On December 14, 2022, relators filed a petition for writ of mandamus. Relators also filed a motion to stay trial court proceedings pending the final resolution of their petition for writ of mandamus, which we granted on January 3, 2023. After considering the petition, real parties in interests' response, relators' reply, and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 3, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020-CI-07786, styled *Matiraan, LTD. and Marylyn House v. Alamo Title Insurance, Alamo Title Company, and Fidelity National Title Group, Inc.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.